UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| JOSE O. GUZMAN, § § Plaintiff, § VS. § HACIENDA RECORDS AND § RECORDING STUDIO, INC., *et al.*, § § Defendants. | CIVIL ACTION NO. 6:12-CV-42 |

## FINAL JUDGMENT

Pursuant to this Court's Memorandum and Order entered December 9, 2014 [Docket Entry No. 137], the Plaintiff, Jose O. Guzman, shall take nothing in his suit against the Defendants, Hacienda Records and Recording Studio, Inc., *et al.*[1]

This is a final judgment.

SIGNED this 29th day of January, 2015.

_____
Gregg Costa
United States Circuit Judge
(Sitting by Designation)

---

[1] The other Defendants in this case are: Hacienda Records, L.P., a/k/a Hacienda Ranchito and/or Discos Ranchito; Latin American Entertainment, LLC; Richard a/k/a Rick G. Garcia; and Roland Garcia, Sr.